# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **In Re Regional Care Data Security Incident Litigation** | 4:24cv3236<br><br>ORDER |

    This matter is before the Court after review of the Notice That Parties Have Agreed to Early Mediation and Request for Stay of Discovery (Filing No. 30). Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and all hearings and trials are terminated, pending the outcome of mediation.

2. The parties shall notify the Court within 7-days of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 7-days after it takes place.

3. If mediation is unsuccessful, the parties shall contact the chambers of the undersigned magistrate judge to schedule a telephone conference to reset any remaining case progression deadlines and to set the pretrial conference and trial dates.

Dated this 15th day of January, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge