# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **In Re Regional Care Data Security Incident Litigation** | **4:24cv3236**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1. The deadline for filing a motion for approval of the parties' class settlement is **September 4, 2026**; and

2. All hearings are terminated and proceedings and deadlines are stayed except those in connection of the approval of the class settlement.

Dated this 21st day of July, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge